## LENOX v. STATE.
### No. 24795.

Court of Criminal Appeals of Texas.
May 31, 1950.

Rehearing Denied June 21, 1950.

## LENOX v. STATE.
### No. 24796.

Court of Criminal Appeals of Texas.
May 31, 1950.

Rehearing Denied June 21, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Upon his plea of guilty before the court, appellant was found guilty of the offense of carrying a pistol and his punishment assessed at a fine of $100.00 and six months in jail.

The record before us contains no bills of exception nor statement of facts. The proceedings appear to be regular and nothing is presented for review.

The judgment of the trial court is affirmed.